KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> 1. APPROXIMATELY $133,021.17 IN ) <br>    FUNDS SEIZED FROM FOUR ) <br>    ACCOUNTS HELD IN THE NAME OF ) <br>    PONG LIN LIU; ) <br> ) <br> 2. 2002 TOYOTA 4-RUNNER, VIN ) <br>    JT3HN86R520373938, CALIFORNIA ) <br>    LICENSE NUMBER 7D09084; ) <br> ) <br> 3. $6,586 IN UNITED STATES CURRENCY; ) <br>    AND ) <br> ) <br> 4. ONE LORCIN, MODEL L380, .380 ) <br>    CALIBER SEMI-AUTOMATIC PISTOL, ) <br> ) <br>               Defendants. ) | No. C 06-3278 JW <br><br> **MOTION AND [PROPOSED] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR DEFENDANT FIREARM** |

     The United States hereby applies to this Court for an order appointing the Bureau of Alcohol, Tobacco and Firearms ("ATF") as the substitute custodian of the defendant one Lorcin, Model L380, .380 Caliber Semi-Automatic Pistol.

1    On May 17, 2006, the United States filed a civil action seeking forfeiture of a Lorcin, Model L380, .380 Caliber Semi-Automatic Pistol (hereinafter "defendant firearm"), among other property as listed in the caption of this pleading.  In its complaint, the government alleged that the defendant firearm  is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(11) as a firearm intended to be used to facilitate the transportation, sale, receipt, possession and concealment of controlled substances or proceeds ,in violation of Title 18, United States Code, Section 924(d), and  as a firearm involved in or used to facilitate violations of Title 18, United States Code, Section 922(g) and 924.

   Upon the filing of the civil forfeiture complaint, Rule C(3)(a)(i) of the Federal Rules of Civil Procedure, Supplemental Rules of Admiralty and Maritime Claims authorizes the Clerk of the Court to issue a warrant of arrest for the defendant property without requiring a certificate of exigent circumstances.

   Further, upon the seizure of the defendant firearm, the United States requests that the Court authorize ATF to act as substitute custodian for the defendant firearm until further order of this Court.  The ATF has adequate and appropriate facilities and supervision for the proper safekeeping of the defendant firearm.  The United States Marshal Service agrees to ATF's appointment of substitute custodian of the defendant property.

DATED:09/05/06                                              Respectfully submitted,

                                                            KEVIN V. RYAN
                                                            United States Attorney


                                                                  /S/
                                                            ───────────────────────
                                                            STEPHANIE M. HINDS
                                                            Assistant United States Attorney

**[PROPOSED] ORDER**

Upon the above motion by the United States, and good cause appearing, the Court hereby authorizes the Bureau of Alcohol, Tobacco and Firearms (ATF) to maintain custody of the defendant firearm until further order of this Court.

IT IS SO ORDERED.

Dated: 9/6/06

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- MOTION AND [PROPOSED] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR DEFENDANT FIREARM

to be served this date by U. S. mail delivery upon the persons below at the place and address which is the last known address:

| | |
|---|---|
| Kurt K. Robinson, Esq<br>1970 Broadway Avenue, Suite 1250<br>Oakland, CA 94612<br>Attorney for Pong Lin Liu & Lillian Liu | Vicki Young, Esq<br>706 Cowper Street, Suite 202<br>Palo Alto, CA 94301<br>Attorney for Chan Ho Mg Mg Liu |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of September, 2006, at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit