**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 06-03278 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| 2002 Toyota 4-Runner, et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on February 22, 2010. To date, the parties have not submitted a Joint Preliminary Pretrial Conference Statement. The government has noticed a Motion for Sanctions to be heard on April 12, 2010. In light of the upcoming hearing, the Court finds good cause to continue the Preliminary Pretrial Conference.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **April 12, 2010 at 11 a.m.** On or before **April 2, 2010**, the parties shall file a Joint Preliminary Pretrial Conference Statement. The Joint Statement shall include the parties' proposed trial schedule and an update on any settlement efforts. All other deadlines remain unchanged.

Dated: February 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David B. Countryman david.countryman@usdoj.gov
Kurt Kevin Robinson robinsonlawfirm@comcast.net

**Dated: February 17, 2010**                   **Richard W. Wieking, Clerk**

                                               **By:    /s/ JW Chambers
                                                       Elizabeth Garcia
                                                       Courtroom Deputy**