JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
Fax: (415) 436-7234
E-mail: david.countryman@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
4/7/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1. APPROXIMATELY $133,021.17 IN FUNDS SEIZED FROM FOUR ACCOUNTS HELD IN THE NAME OF PONG LIN LIU; <br><br> 2. 2002 TOYOTA 4-RUNNER, VIN JT3HN86R520373938, CALIFORNIA LICENSE NUMBER 7D09084; <br><br> 3. $6,586 IN UNITED STATES CURRENCY; AND <br><br> 4. ONE LORCIN, MODEL L380, .380 CALIBER SEMI-AUTOMATIC PISTOL, <br><br> Defendants. | No. C 06-03278 JW <br><br> REQUEST TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE AND STATEMENT |

///

///

///

In October 2008, Pong Lin Liu was convicted of drug trafficking. Shortly thereafter, the United States obtained a default judgment against the defendant property, but it was set aside in June 2009, based on his attorney's assertion of "gross negligence."

On September 18, 2009, the United States re-served the Lius with interrogatories and requests for production, discovery which had been originally served in 2006, and to which no response was received. When the re-served discovery was ignored, the United States filed a motion to compel a response to its outstanding discovery. The United States also served the Lius with requests for admissions, which also went unanswered. All discovery was served on the Lius' attorney, the Lius themselves, and Pong Lin Liu's appellate attorney, Maitreya Badami.

On December 22, 2009, the Court granted the motion to compel and ordered that "Pong Lin Liu and Lillian Liu shall provide complete responses by January 8, 2010." The Lins have not complied with the Court's Order, and no discovery responses have been received.

On January 11, 2010, the United States filed a motion for sanctions for failure to comply with the Court's Order. The Lius did not file an opposition, and the hearing is currently set for May 10, 2010. On February 19, 2010, the United States filed a motion for summary judgment. The Lius did not file an opposition, and the hearing is also currently set for May 10, 2010.

On March 31, 2010, Kurt Robinson, the Lin's attorney, filed a document entitled "Conflict of Interest." No explanation was given for that conflict.

Because the Lins have refused to participate in discovery, despite the Court's explicit Order to do so, the United States is unable to provide a meaningful preliminary pretrial statement. Moreover, because the United States currently has two unopposed dispositive motions on file, judicial economy would best be served by re-setting the pretrial conference until after the dispositive motions have been heard.

DATED: April 2, 2010          JOSEPH P. RUSSONIELLO
                              United States Attorney


                                    /S/
                              DAVID B. COUNTRYMAN
                              Assistant United States Attorney

REQUEST TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE AND STATEMENT
C 06-03278 JW                                                                  2

**IT IS SO ORDERED**

For good cause shown, the Court VACATES the April 12, 2010 Preliminary Pretrial Conference. The Court will set a new conference date, if necessary, in its Order addressing Defendant's Motion for Summary Judgment.

Dated: April 7, 2010

HONORABLE JAMES WARE
United States District Judge