IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 06-03278 JW |
| Plaintiff, v. | **ORDER FOR SUPPLEMENTAL BRIEFING FROM THE GOVERNMENT** |
| Approximately $133,021 in Funds Seized From Four Accounts Held in the Name of Pong Lin Liu, et al., | |
| Defendants. | |

Presently before the Court is the government's Motion for Summary Judgment.[1] Upon review, the Court finds that it would benefit from supplemental briefing by the government. In particular, it appears the Requests for Admissions on which the government relies in its Motion were served on Claimants Pong Lin Liu and Lillian Liu, but not Claimants' counsel.[2] Federal Rule of Civil Procedure 5(b)(1) provides that: "if a party is represented by an attorney, service . . . must be made on the attorney unless the court orders service on the party."

Accordingly, on or before **April 30, 2010**, the government shall file supplemental briefing clarifying whether Claimants' counsel was served with the Requests for Admissions and, if counsel was not served, whether the Court should excuse the government's failure to serve Claimants' counsel.

Dated: April 28, 2010

JAMES WARE
United States District Judge

---

[1] (Docket Item No. 43.)

[2] (See Declaration of David Countryman ¶ 2, Docket Item No. 43.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Countryman david.countryman@usdoj.gov
David B. Countryman david.countryman@usdoj.gov
Kurt Kevin Robinson robinsonlawfirm@comcast.net

**Dated:  April 28, 2010**                                             **Richard W. Wieking, Clerk**

                                                                        **By:      /s/ JW Chambers**
                                                                                      **Elizabeth Garcia**
                                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California